SEALED

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JARED C. DOLAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America



FILED

SEP 1 5 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16 - CR - 0 1 7 9 JAM |
|---|---|
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| HERBERT ALEXANDER, | |
| Defendant. | |

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 9/15/2016

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge