**FILED**
October 6, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:16CR00179-GEB
            Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
HERBERT ALEXANDER, )
)
            Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __HERBERT ALEXANDER__ , Case No. __2:16CR00179-GEB__ , Charge __18USC § 1341__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $___

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

__✓__ (Other)   __Pretrial conditions as stated on the record.__
Defendant to be released 10/7/2016 - 9:00am to the pretrial officer

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 6, 2016__ at __2:00 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court