UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:15-cr-00237-GEB |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| DEBOARAH HOLLIMON, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:16-cr-00179-GEB |
| Plaintiff, | |
| v. | |
| HERBERT ALEXANDER, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:16-cr-00199-KJM |
| Plaintiff, | |
| v. | |
| KIONI DOGAN, et al., | |
| Defendants. | |

        On November 4, 2016, the United States of America filed a "Notice of Related Cases" in which it states:

1     In case no. 2:15-cr-02[3]7[1] GEB, a federal
      grand jury returned an indictment charging
2     Deborah Hollimon with ten counts of mail
      fraud. Specifically, the indictment alleges
3     that Hollimon, and another person known to
      the grand jury, created fake companies with
4     EDD. . . .

5     In case no. 2:16-cr-179 GEB, a federal grand
      jury returned a two-count indictment charging
6     Herbert Alexander with mail fraud.
      Specifically, the indictment alleges that
7     Alexander created a fake company with
      EDD. . . .
8
      In case no 2:16-cr-199 KJM, a federal grand
9     jury returned a sixteen-count indictment
      charged Kioni Dogan and others with
10    conspiracy to commit mail fraud and mail
      fraud. Specifically, the indictment alleges
11    that Dogan and others created fake companies
      with EDD. . . .
12
      The above-captioned cases are related within
13    the meaning of the local rules. Specifically,
      the evidence will establish that Alexander
14    created fake companies for Hollimon and Dogan
      and taught them how to commit the EDD scheme.
15    Further, a search warrant executed at
      Alexander's residence revealed paperwork that
16    was directly connected to some of the fake
      companies used by both Hollimon and Dogan.
17
18    (2:4-23, ECF No. 21.)

19          Examination of the above-entitled cases reveals they

20    are related within the meaning of Local Rule 123. Under the

21    regular practice of this court, a later filed related case is

22    generally assigned to the judge to whom the first filed case is

23    assigned. Therefore, action 2:16-cr-00199-KJM is reassigned to

24    the undersigned judge. Henceforth the caption for future filings

25    on the reassigned case shall show the initials "GEB".

26          The Clerk of the Court shall make appropriate

27    _____

28    [1] The case number is changed because the government mistakenly identifies the
      case number as 2:15-cr-0247.

                                    2

1   adjustment in the assignment of cases as a result of this

2   reassignment.

3         IT IS FURTHER ORDERED that the Status Conference

4   scheduled in action 2:16-cr-00199-GEB on November 16, 2016 is

5   vacated and a Status Conference is scheduled to commence at 9:00

6   a.m. on November 18, 2016.

7   Dated:  November 8, 2016

8

9

10                    GARLAND E. BURRELL, JR.
                       Senior United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28