| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | HERBERT ALEXANDER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-179 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| HERBERT ALEXANDER, | ) | Date: April 28, 2017 |
| | ) | Time; 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Jared Dolan, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Herbert Alexander, that the status conference scheduled for April 28, 2017 be vacated and continued to June 2, 2017 at 9:00 a.m.

The grounds for this continuance are that defense counsel would like additional time to review the discovery that has been produced and to investigate the facts of the case, so to allow time for effective preparation for trial and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from April 28, 2017 through and including June 2, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

Stipulation and [Proposed] Order

1

| | | |
|---|---|---|
| 1 | DATED: April 26, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Hannah R. Labaree* |
| | | HANNAH R. LABAREE |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for HERBERT ALEXANDER |
| 7 | DATED: April 26, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Jared Dolan* |
| | | JARED DOLAN |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from April 28, 2017 through and including June 2, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 28, 2017 status conference shall be continued until June 2, 2017, at 9:00 a.m.

Dated: April 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge