HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
MIA CRAGER, #300172
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
HERBERT ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    ) Case No. 2:16-cr-179 GEB
                              )
              Plaintiff,      ) STIPULATION AND [PROPOSED] ORDER TO
                              ) CONTINUE TRIAL CONFIRMATION AND TRIAL
vs.                           ) DATES; SET STATUS CONFERENCE AND TO
                              ) EXCLUDE TIME
HERBERT ALEXANDER,            )
                              ) Date: June 19, 2018 (Trial Date)
              Defendant.      ) Time; 9:00 a.m.
                              ) Judge: Hon. Garland E. Burrell, Jr.
                              )

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Amy Hitchcock, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defenders Hannah R. Labaree and Mia Crager, attorneys for Herbert Alexander, that the trial set for June 19, 2018 be continued until March 12, 2019 and the Trial Confirmation Hearing for May 11, 2018 be continued to January 18, 2019 at 9:00 a.m. The parties further stipulate that a status conference shall be set for May 4, 2018.

The grounds for this continuance are as follows:

1. The government has produced voluminous discovery in this case, including over 14,000 pages of documents. The discovery includes business records, photographs, audio files, and forensic reports. Defense counsel requires time to continue to review and analyze this discovery, and to conduct investigation and

legal research, confer with her client, and otherwise prepare for trial.

2. The parties intend to meet and confer regarding potential resolution in this matter, and defense counsel anticipates that these discussions may prompt additional points of investigation and research and will require additional time to do so, confer with her client, review and analyze discovery, and otherwise prepare for trial.

3. Defense counsel anticipates an extended medical leave, and will be unavailable for several months in 2018, including the date currently set for trial.

In light of the voluminous discovery, ongoing defense preparation, and defense counsel's anticipated medical leave, defense counsel requires substantial time to review discovery, conduct additional defense investigation and legal research, confer with the defendant, and otherwise prepare for trial. Defense counsel believes that failure to grant the above-requested continuance would deny the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from June 19, 2018 through and including March 12, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare and continuity of counsel] and General Order 479, Local Code T4 because this time is needed to allow defense counsel reasonable time to effectively prepare and to ensure continuity of counsel, and it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: February 12, 2018   Respectfully submitted,

            HEATHER E. WILLIAMS
            Federal Defender

            */s/ Hannah R. Labaree*
            HANNAH R. LABAREE
            Assistant Federal Defender

| | | |
|---|---|---|
| 1 | | |
| 2 | | */s/ Mia Crager*<br>MIA CRAGER |
| 3 | | Assistant Federal Defender<br>Attorneys for HERBERT ALEXANDER |
| 4 | DATED: February 12, 2018 | MCGREGOR W. SCOTT |
| 5 | | United States Attorney |
| 6 | | */s/ Amy Hitchcock* |
| 7 | | AMY HITCHCOCK<br>Assistant United States Attorney |
| 8 | | Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from June 19, 2018 through and including March 12, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare and continuity of counsel] and General Order 479, (Local Code T4).  It is further ordered the May 11, 2018 trial confirmation hearing shall be continued until January 18, 2019, at 9:00 a.m., the June 12, 2018 trial shall be continued to March 12, 2019 at 9:00 a.m. It is also ordered that a status conference be set for May 4, 2018 at 9:00 a.m.

Dated:  February 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge