McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT ALEXANDER,<br><br>Defendant. | CASE NO. 2:16-CR-00179-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: May 4, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request that the status conference previously set for May 4, 2018 be continued to August 10, 2018.

This matter is currently set for trial on March 12, 2019. In addition to preparing for trial, the parties are actively engaged in discussions regarding potential resolution of the case, and intend to continue to meet and confer in furtherance of these discussions. Accordingly, the parties request this continuance to allow sufficient time for the parties to confer, for defense counsel to confer with the defendant, and for both parties to conduct any necessary research and investigation arising from these discussions. Granting of this continuance would allow the parties to provide a more fulsome status update to the Court.

By previous orders of the Court, the time through March 12, 2019 has been excluded from

computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 and General Order 479 (Local Code T4).

IT IS SO STIPULATED.

Dated: May 1, 2018                    McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ AMY SCHULLER HITCHCOCK
                                      AMY SCHULLER HITCHCOCK
                                      Assistant United States Attorney

Dated: May 1, 2018                    /s/ HANNAH R. LABAREE
                                      HANNAH R. LABAREE
                                      Assistant Federal Defender
                                      Counsel for Defendant
                                      HERBERT ALEXANDER

**FINDINGS AND ORDER**

IT HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, that the status conference currently set for May 4, 2018 be continued to August 10, 2018.

Dated: May 1, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge