HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
HERBERT ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-179 GEB |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| vs. | ) |
| HERBERT ALEXANDER, | ) Date: October 19, 2018 |
| Defendant. | ) Time; 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Amy Schuller Hitchcock, attorney for Plaintiff, Federal Defender Heather Williams, through Assistant Federal Defender Hannah R. Labaree, attorneys for Herbert Alexander, that the status conference scheduled for October 19, 2018 be vacated and continued to January 4, 2019 at 9:00 a.m.

The grounds for this continuance are that defense counsel would like additional time to conduct an exam for mental incapacity.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from October 19, 2018 through and including January 4, 2019; pursuant to 18 U.S.C. §3161 (h)(1)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code A based upon an exam for mental incapacity.

Stipulation and [Proposed] Order

1

| | | |
|---|---|---|
| 1 | DATED: October 18, 2018 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Hannah R. Labaree* |
| | | HANNAH R. LABAREE |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for HERBERT ALEXANDER |
| 7 | DATED: October 18, 2018 | McGREGOR W. SCOTT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Amy Schuller Hitchcock* |
| | | AMY SCHULLER HITCHCOCK |
| 10 | | Assistant United States Attorney |
| | | Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from October 19, 2018 through and including January 4, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code A).

It is further ordered the October 19, 2018 status conference shall be continued until January 4, 2019, at 9:00 a.m.

Dated: October 18, 2018

October \_\_\_\_, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

HON. GARLAND E. BURRELL, JR.
United States District Judge