1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax: 916-498-5710

5  Attorney for Defendant
   HERBERT ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-179 GEB |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION AND [PROPOSED] |
| | ) ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) AND TO EXCLUDE TIME |
| | ) |
| HERBERT ALEXANDER, | ) Date: February 15, 2019 |
| | ) Time; 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Christopher Hales, attorney for Plaintiff, Federal Defender Heather Williams, through Assistant Federal Defender Hannah R. Labaree, attorneys for Herbert Alexander, that the status conference currently scheduled for February 15, 2019, be continued to March 15, 2019 at 9:00 a.m.

The grounds for this continuance are that defense counsel needs additional time to evaluate the defendant's mental competency, specifically, to receive a formal report back from the hired expert. The expert has met with the defendant but has not yet completed his report. The defense's process of determining mental competency through consultation with an expert will not be completed by the date currently scheduled for a status on February 15, 2019. Depending on the content of the pending report on the defendant's competency, the parties may request that the next status date be re-set for a full competency hearing in which expert testimony can be presented.

Time under the Speedy Trial Act has already been excluded by previous stipulation and order (CR 42) between February 15, 2019, through and including July 30, 2019; pursuant to 18 U.S.C. §3161 (h)(1)(A) and General Order 479, Local Code A, based upon an exam for mental incapacity; and under 18 U.S.C. § 3161(h)(7)(B)(iv) and General Order 479, Local Code T4 for reasonable time for defense counsel to prepare.

DATED: February 13, 2019  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for HERBERT ALEXANDER

DATED: February 13, 2019  McGREGOR W. SCOTT
United States Attorney

*/s/ Christopher Hales*
CHRISTOPHER HALES
Assistant United States Attorney
Attorney for Plaintiff

2

Stipulation and [Proposed] Order

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time to conduct an exam for mental competency, taking into account the exercise of due diligence.

It is further ordered the February 15, 2019 status conference shall be continued to March 15, 2019 at 9:00 a.m.

Dated: February 14, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order