HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
HERBERT ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-179 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND TO EXCLUDE TIME |
| vs. | ) |
| HERBERT ALEXANDER, | ) Date: July 30, 2019 |
| Defendant. | ) Time; 9:00 a.m. |
|  | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Christopher Hales, attorney for Plaintiff, Federal Defender Heather Williams, through Assistant Federal Defender Hannah R. Labaree, attorneys for Herbert Alexander, that the trial scheduled for July 30, 2019 be vacated and continued to November 5, 2019, at 9:00 A.M.

The grounds for this continuance are defense counsel Mia Crager's trial schedule (scheduled for a trial in both August and September 2019); defense counsel Hannah Labaree's trial schedule (scheduled for two trials in the month of June); and defense counsel's scheduled travel in June, July, and October. Further, defense counsel still requires additional time to review the extensive discovery produced by the government in this case, to further investigate the facts and otherwise to prepare for trial. This is especially true given that defense counsel's current efforts have recently focused on the issue of the defendant's competency (see CR 36, 39, 42).

Stipulation and [Proposed] Order

1

1       Therefore, the parties jointly request the current trial date of July 30, 2019, be vacated, and that a trial be reset for November 5, 2019. The government estimates that the trial will take approximately 10 court days. The parties further request that the June 14, 2019 trial confirmation hearing be continued to October 4, 2019 at 9:00 A.M.

      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from July 30, 2019 through and including November 5, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and General Order 479, Local Code T4, for reasonable time for defense counsel to prepare. Specifically, the parties agree and request the Court to find that failure to grant such a continuance and exclude such time would unreasonably deny defendant the continuity of counsel, and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: February 14, 2019       Respectfully submitted,

      HEATHER E. WILLIAMS
      Federal Defender

      */s/ Hannah R. Labaree*
      HANNAH R. LABAREE
      Assistant Federal Defender
      Attorney for HERBERT ALEXANDER

DATED: February 14, 2019       McGREGOR W. SCOTT
      United States Attorney

      */s/ Christopher Hales*
      CHRISTOPHER HALES
      Assistant United States Attorney
      Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would unreasonably deny defendant continuity of counsel, and would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from July 30, 2019 through and including November 5, 2019 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and General Order 479, Local Code T4 for continuity of defense counsel and reasonable time for defense counsel to prepare.

It is further ordered that the June 14, 2019 trial confirmation hearing be continued to October 4, 2019 at 9:00 A.M.

Dated: February 14, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge