LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HERBERT ALEXANDER,<br><br>Defendant. | Case No.: 2:16-cr-179 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:    February 27, 2020<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney Amy Schuller Hitchcock, and Attorney Todd Leras on behalf of Defendant Herbert Alexander, stipulate as follows:

1. This matter is presently set for status conference on February 13, 2020. By this stipulation, Defendant requests to continue the status conference to February 27, 2020.

2. The matter is also set for jury trial scheduled to begin on May 4, 2020, and time under

ORDER CONTINUING STATUS CONFERENCE

the Speedy Trial Act has been excluded to the trial date to allow for defense counsel preparation under Local Code T4 (ECF Docket Entry 55).

3. In addition to preparing for trial, the parties are discussing a potential resolution of the case and believe that continuance of the status conference to February 27, 2020 provides defendant enough time to consider a pending settlement proposal.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Amy Schuller Hitchcock has reviewed this proposed order and authorized Todd Leras via email to sign it on her behalf.

DATED: February 10, 2020

By *Todd D. Leras for*
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

DATED: February 10, 2020

By */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
HERBERT ALEXANDER

ORDER CONTINUING STATUS CONFERENCE

1

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for February 13, 2020, is vacated. A new status conference is scheduled for February 27, 2020, at 9:30 a.m. Based on previous representations by defense counsel, time has been excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation up to and including the jury trial scheduled to begin on May 4, 2020.

IT IS SO ORDERED.

DATED: February 10, 2020

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE