LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
HERBERT ALEXANDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HERBERT ALEXANDER,<br><br>    Defendant. | Case No.: 2:16-cr-0179 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:    Hon. Troy L. Nunley<br><br>Date:     July 22, 2021<br><br>Time:     9:30 a.m. |

    This matter is currently set for Status as to Sentencing Hearing on July 22, 2021. The parties request to vacate the July 22nd date and to set the matter for Sentencing Hearing on November 4, 2021. Due to COVID-19 restrictions, a probation interview has not yet been

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

completed. A continuance of the sentencing hearing and setting of a disclosure schedule is therefore necessary. The assigned probation officer has confirmed her availability for November 4, 2021.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: September 23, 2021;

2. Informal Objections to Draft Pre-Sentence Report: October 7, 2021;

3. Final Pre-Sentence Report Date: October 14, 2021;

4. Motion for Correction Date: October 21, 2021; and

5. Reply Date: October 28, 2021.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Christopher Hales has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: July 19, 2021            By   /s/ Todd D. Leras for
                                     CHRISTOPHER S. HALES
                                     Assistant United States Attorney

DATED: July 19, 2021            By   /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Attorney for Defendant
                                     HERBERT ALEXANDER

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Status of Sentencing Hearing, set for July 22, 2021, is vacated. The Judgment and Sentencing Hearing in this matter is set on November 4, 2021, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: July 20, 2021

　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE