LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
HERBERT ALEXANDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HERBERT ALEXANDER,<br><br>　　　　　Defendant. | Case No.: 2:16-cr-0179 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:　　Hon. Troy L. Nunley<br><br>Date:　　November 4, 2021<br><br>Time:　　9:30 a.m. |

　　　This matter is currently set for a Sentencing Hearing on November 4, 2021. Defendant requests to continue the Sentencing Hearing to February 17, 2022. Due to COVID-19 restrictions and Mr. Alexander's age and health status, a probation interview has not yet been

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

completed.  A continuance of the sentencing hearing and setting of a disclosure schedule is therefore necessary.  The assigned probation officer has confirmed her availability for February 17, 2022.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  January 6, 2022;

2. Informal Objections to Draft Pre-Sentence Report:  January 20, 2022;

3. Final Pre-Sentence Report Date:   January 27, 2022;

4. Motion for Correction Date: February 3, 2022; and

5. Reply Date:  February 10, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Christopher Hales has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  November 1, 2021

By  */s/ Todd D. Leras for*
CHRISTOPHER S. HALES
Assistant United States Attorney

DATED:  November 1, 2021

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
HERBERT ALEXANDER

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for November 4, 2021, is vacated. The Judgment and Sentencing Hearing in this matter is continued to February 17, 2022, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: November 2, 2021

_____
Troy L. Nunley
United States District Judge

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE