1 | LAW OFFICE OF TODD D. LERAS
2 | Todd D. Leras, CA SBN 145666
    455 Capitol Mall, Suite 802
3 | Sacramento, California 95814
    (916) 504-3933
4 | toddleras@gmail.com
    Attorney for Defendant
5 | HERBERT ALEXANDER

6
7
8 | UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HERBERT ALEXANDER,<br><br>　　　　　Defendant. | Case No.: 2:16-cr-0179 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:　　Hon. Troy L. Nunley<br><br>Date:　　February 17, 2022<br><br>Time:　　9:30 a.m. |

　　　This matter is currently set for a Sentencing Hearing on February 17, 2022.  Defendant requests to continue the Sentencing Hearing to June 9, 2022.  Due to COVID-19 restrictions and Mr. Alexander's age and health status, a probation interview has not yet been completed.  A

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

continuance of the sentencing hearing and setting of a disclosure schedule is therefore necessary. The assigned probation officer has confirmed her availability for June 9, 2022.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  April 28, 2022;

2. Informal Objections to Draft Pre-Sentence Report:  May 12, 2022;

3. Final Pre-Sentence Report Date:   May 19, 2022;

4. Motion for Correction Date: May 26, 2022; and

5. Reply Date: June 2, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Christopher Hales has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  February 10, 2022

By     /s/ Todd D. Leras for
      CHRISTOPHER S. HALES
      Assistant United States Attorney

DATED: February 10, 2022

By     /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      HERBERT ALEXANDER

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for February 17, 2022, is vacated. The Sentencing Hearing in this matter is continued to June 9, 2022, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: February 10, 2022

_____
Troy L. Nunley
United States District Judge

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE