LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
HERBERT ALEXANDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HERBERT ALEXANDER,<br><br>        Defendant. | Case No.: 2:16-cr-0179 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:    Hon. Troy L. Nunley<br>Date:     June 9, 2022<br>Time:     9:30 a.m. |

This matter is currently set for a Sentencing Hearing on June 9, 2022.  Defendant has completed his probation interview and a draft Pre-Sentence Investigation Report (PSR) was filed on June 3, 2022.  The parties request to continue the Sentencing Hearing to September 1, 2022.  A continuance of the sentencing hearing and modification of the disclosure schedule is necessary

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

to provide time for informal and potential formal responses to the draft PSR.  The assigned probation officer has confirmed her availability for September 1, 2022.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report:  August 4, 2022;

2. Final Pre-Sentence Report Date:   August 11, 2022;

3. Motion for Correction Date: August 18, 2022; and

4. Reply Date: August 25, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Christopher Hales has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  June 6, 2022

By   */s/ Todd D. Leras for*
CHRISTOPHER S. HALES
Assistant United States Attorney

DATED:  June 6, 2022

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
HERBERT ALEXANDER

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for June 9, 2022, is vacated. The Sentencing Hearing in this matter is continued to September 1, 2022, at 9:30 a.m. The Court adopts the modified Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: June 6, 2022

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE