LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
HERBERT ALEXANDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HERBERT ALEXANDER,<br><br>        Defendant. | Case No.: 2:16-cr-0179 TLN<br><br><br>REQUEST TO FILE UNDER SEAL AND ORDER<br><br><br><br>Date:  September 1, 2022<br>Time:  9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

Pursuant to Local Rule 141(b), Defendant Herbert Alexander, by and through his

counsel, Todd D. Leras, respectfully requests an Order sealing excerpts of Herbert Alexander's

medical records offered in support of his Sentencing Memorandum.  Mr. Alexander has a

privacy interest in the records under the Health Insurance Portability and Accountability Act of

1996, 42 U.S.C. § 1320d-6.

REQUEST TO SEAL DOCUMENT
AND ORDER TO SEAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court may order documents to be filed under seal.  While the press and the public have a presumed right of access to court proceedings and documents under the First Amendment, this presumed right is not absolute.  See *Press-Enterprise Co. v. Superior Court*, 464 U.S. 501 (1985).  It can be overcome based on findings that sealing is essential to preserve higher values and is narrowly tailored to serve that interest.  *Id*.  From the Court's perspective, the controlling interest is to articulate along with findings specific enough that a reviewing court can determine whether the sealing order was properly entered.  *Id*.

Here, the Defense seeks to file the attached medical records under seal because of the nature of the information contained within them, including defendant's personal identifying information such as his date of birth. The records also describe recurring medical and mental conditions suffered by Mr. Alexander.  Public disclosure of such information might adversely impact Mr. Alexander's right to privacy concerning this information.  On that ground it is requested that the Declaration of Attorney Todd D. Leras, and the attached medical records, be filed under seal until further order of this Court.

Respectfully Submitted,

Dated:  August 25, 2022

/s/  Todd D. Leras
TODD D. LERAS
Attorney for HERBERT ALEXANDER

REQUEST TO SEAL DOCUMENT
AND ORDER TO SEAL

**ORDER**

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, the DECLARATION OF ATTORNEY TODD D. LERAS AND THE ATTACHED MEDICAL RECORDS, shall be sealed until further order of this Court.


Dated: September 22, 2022

_____
Troy L. Nunley
United States District Judge

REQUEST TO SEAL DOCUMENT
AND ORDER TO SEAL