LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
HERBERT ALEXANDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-0179 TLN |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY SENTENCE |
| vs. | |
| HERBERT ALEXANDER, | |
| Defendant. | |

The parties stipulate as follows:

1. On September 22, 2022, this Court sentenced Defendant Herbert Alexander to eighteen days' time served and a two-year period of Supervised Release following his guilty plea to two counts of Mail Fraud in violation of 18 U.S.C. § 1341. The Court

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

imposed Special Condition of Supervision Seven, requiring Defendant to be restricted to his residence except for approved employment, educational activities, medical appointments, religious services, court appearances, or other activities pre-approved by the supervising probation officer (the "Home Detention Condition"). The Court further ordered as part of Special Condition of Supervision Seven that the Home Detention Condition be enforced through "monitor[ing] for a period of 24 months, with location monitoring technology, which may include the use of Radio Frequency (RF), Global Positioning System (GPS) devices, Voice Recognition or Virtual Monitoring Technology . . . [.]"

2. Herbert Alexander is presently 76 years old. He suffers from various medical conditions including heart and kidney disease, a history of strokes, and mild dementia, which are continuing to worsen as he ages. It is likely that these worsening conditions place Mr. Alexander on a trajectory toward the end of life. His health conditions further restrict his ability to leave his home. Mr. Alexander currently remains largely restricted to his home based on his current and worsening health conditions.

3. Herbert Alexander is supervised by United States Probation Officer Paul Mamaril. Given Mr. Alexander's current and worsening health conditions, Officer Mamaril does not believe that location monitoring, through either RF, GPS, or Voice Recognition or Virtual Monitoring Technology, is necessary for enforcement of Mr. Alexander's Home Detention Condition.

4. Title 18, United States Code, Section 3582(c)(1)(A)(i) authorizes the Court to modify

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

a term of imprisonment once it has been imposed if extraordinary and compelling reasons warrant the modification.  Herbert Alexander's current health conditions constitute extraordinary and compelling reasons supporting elimination of the condition requiring that his Home Detention Condition be enforced through the listed location monitoring technology in Special Condition of Supervision Seven.

IT IS THEREFORE REQUESTED that the term of Herbert Alexander's supervised release requiring that the Home Detention Condition be enforced through "monitor[ing] for a period of 24 months, with location monitoring technology, which may include the use of Radio Frequency (RF), Global Positioning System (GPS) devices, Voice Recognition or Virtual Monitoring Technology . . ." be eliminated.  All other terms and conditions of supervised release, including the Home Detention Condition, shall remain in full force and effect.

Assistant United States Attorney Christopher Hales has reviewed this Stipulation and Proposed Order and authorized Todd D. Leras via email to sign it on his behalf.

DATED:  June 11, 2024

By   /s/ Todd D. Leras for
CHRISTOPHER S. HALES
Assistant United States Attorney

DATED:  June 11, 2024

By   /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
HERBERT ALEXANDER

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The portion of Special Condition of Supervision Seven requiring enforcement of the Home Detention Condition through location monitoring, including the use of Radio Frequency, Global Positioning System devices, Voice Recognition or Virtual Monitoring Technology is eliminated. The Home Detention Condition and all other General and Special Conditions of Supervision imposed in this matter remain in full force and effect.

IT IS SO ORDERED.

DATED: June 18, 2024

Troy L. Nunley
United States District Judge

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE